JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUNSTON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　　Respondent. | Case No. 2:20-cv-05665-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Denying Second Amended Petition and Dismissing Case With Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: 04/08/2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. SHASHI H. KEWALRAMANI
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge